THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELLEVUE SQUARE, LLC, a Washington limited liability company,<br><br>               Plaintiff,<br>   v.<br><br>GENESCO, INC., a Tennessee corporation,<br><br>               Defendant. | CASE NO. C20-1860-JCC<br><br>MINUTE ORDER |

       The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

       This matter comes before the Court on the parties' stipulation and proposed order to stay proceedings (Dkt. No. 12). The parties have reached a tentative settlement in this matter and agree to stay proceedings until April 12, 2021. (*Id.*) Having thoroughly considered the stipulation and relevant record, and finding good cause, the Court hereby ORDERS that this matter is stayed until April 12, 2021. For good cause shown, any party to the stipulation may seek relief from this stay prior to April 12, 2021. The parties must file dismissal paperwork or a joint status report on or before April 12, 2021.

//

//

MINUTE ORDER
C20-1860-JCC
PAGE - 1

1    DATED this 26th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
